## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCIANO MARCANO CALIX )<br>1420 Meridian Place, NW )<br>Washington, DC  20010 )<br>                             )<br>           Plaintiff, )<br>                             )<br>v. )<br>                             )<br>MR. CHEN'S, INC. )<br>2604 Connecticut Avenue, NW )<br>Washington, DC  20008 )<br>                             )<br>SHIAUFENG T. CHEN )<br>4390 Eskridge Terrace, NW )<br>Washington, DC  20016 )<br>                             )<br>           Defendants. )<br>_____) | Civil Action No. 1:13-cv-01727 (RC) |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel hereby stipulate that this action is dismissed with prejudice. All parties will bear their own costs and attorneys' fees.

This the 20th day of December, 2013.

| | |
|---|---|
|          /s/                   <br>Justin Zelikovitz (#986001)<br>Law Office of Justin Zelikovitz PLLC<br>409 U Street, NW<br>Washington, DC  20001<br>Telephone:  (202) 445-6960<br>Facsimile:  (202) 683-6102<br>Justin@dcwagelaw.com<br><br>*Counsel for Plaintiff Luciano Marcano Calix* |          /s/                   <br>Mary E. Pivec, Esq. (DC Bar No. 445760)<br>WILLIAMS MULLEN, P.C.<br>1666 K Street, NW, Suite 1200<br>Washington, DC  2006<br>mpivec@williamsmullen.com<br>Telephone:  (202) 293-8128<br>Facsimile:  (202) 293-5939<br><br>*Counsel for Defendants Mr. Chen's, Inc. and*<br>    *Shiaufeng T. Chen* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 20th day of December, 2013, I electronically filed the foregoing Joint Stipulation of Dismissal with Prejudice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Justin Zelikovitz (#986001)
>Law Office of Justin Zelikovitz PLLC
>409 U Street, NW
>Washington, DC  20001
>Telephone:  (202) 445-6960
>Facsimile:   (202) 683-6102
>justin@dcwagelaw.com

>     /s/
>Mary E. Pivec, Esq. (DC Bar No. 445760)
>WILLIAMS MULLEN, PC
>1666 K Street, N.W., Suite 1200
>Washington, DC 20006
>mpivec@williamsmullen.com
>Telephone: (202) 293-8128
>Facsimile:  (202) 293-5939
>
>*Counsel for Defendants Mr. Chen's, Inc. and Shiaufeng T. Chen*